[No. 70929-1-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WYATT JAMES HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-00347-7, Barbara A. Mack, J., entered September 10, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 70965-8-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND KURT EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-00714-7, Ira Uhrig, J., entered August 29, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Lau, JJ.

[No. 71011-7-I.   Division One.   January 20, 2015.]

C. COOK, *Appellant*, v. ADVANCED AUTO BROKERS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-39723-6, William L. Downing, J., entered October 1, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Leach, JJ.

[No. 71029-0-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. VICHAI SALY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00863-6, James D. Cayce, J., entered September 20, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Leach, JJ.